07-20181.o1

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20181-CIV-COOKE-BROWN

BURGER KING CORP.,

    Plaintiff,

vs.

E-Z EATING 8TH CORP., et. al,

    Defendants.

_____/

## ORDER DENYING MOTION TO STRIKE

**THIS MATTER** is before this Court on Plaintiff/Counter-Defendant ...'s Motion to Strike Jury Trial Demand. Filed November 30, 2007. The Court has considered the motion and finds no indication of compliance with Local Rule 7.1.A.3.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of December, 2007.

                                          STEPHEN T. BROWN
                                          UNITED STATES MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
      Counsel of Record