07-20181.o2

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20181-CIV-COOKE-BROWN

BURGER KING CORP.,

    Plaintiff,

vs.

E-Z EATING 8TH CORP., et. al,

    Defendants.
_____/

### ORDER GRANTING AMENDED MOTION TO STRIKE JURY TRIAL DEMAND

**THIS MATTER** is before this Court on Plaintiff/Counter-Defendant ...'s Amended Motion to Strike Jury Trial Demand, filed December 7, 2007. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

After carefully reviewing the materials and law submitted, this Court finds there's really no disagreement between the parties - with one exception. That exception is - how does one read the counterclaim. Does it make claims arising out of the original franchise agreement, or does it make claims arising out of the Assistance Agreement? The parties appear to agree that if the counterclaim arises out of the original franchise agreement, jury trial is appropriate; if it arises out of the Assistance Agreement, jury trial has been waived.

The language of the jury trial waiver which is contained in the Assistance Agreement includes "litigation based [on the Assistance Agreement] or arising out of, under or in connection with [the Assistance Agreement] ... or any course of conduct, course of dealing, statements (whether verbal or written) or actions of any party to the [Assistance Agreement]." Assistance Agreement, §10.

1

Although Counts II and III of the Counterclaim[1] allege breach of a specific section of the franchise agreements, as well as an implied duty of good faith and fair dealing contained in those agreements, they also allege that Counter Defendants "reaffirmed" these obligations, and made additional "promises" and "assurances" regarding its assistance to Counter Plaintiffs (¶61). The Counts also incorporate paragraphs 17 through 23, which specifically refer to the Assistance Agreement (¶¶59, 65). The Court finds that as pled, these two counts of the Counterclaim fall within the scope of the broad language of the jury trial waiver.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that the Amended Motion to Strike Jury Trial Demand be and the same is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
    Counsel of Record

---

[1] Counts I and IV having been previously dismissed by the Court